IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 21-231 |
| DEVRON BROWN | | |

Federal Detention Center
Reg. No. 50539-509

## NOTICE OF HEARING

Take notice that the **Change of Plea Hearing** is hereby scheduled for **December 14, 2021** at **10:00 AM** before the **Honorable Chad F. Kenney** in **Courtroom 6A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

**Plea Memorandum:** The Government's Plea Memorandum, and all other related documents, shall be submitted to the Court at least three (3) business days prior to the scheduled proceeding.

By: Chris Kurek, Deputy Clerk          Date of Notice: 11/23/2021

Cc:   Defendant
      Defense Counsel – Geoffrey Seay, Esq.
      Assistant U.S. Attorney – Kathryn Deal, Esq.
      U.S. Marshal
      Court Security
      Probation Office
      Pretrial Services
      Interpreter Coordinator